

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| R. GARIC TOCA and JACQUELYN TOCA, on behalf of themselves and others similarly situated | CIVIL ACTION |
| VERSUS | NO. 05-0865 |
| CREDITORS INTERCHANGE AGENCY, LLC | SECTION "N" (3) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

> COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 5th day of May, 2005.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record